UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CAROL MELLO, DAWN NARDI, and AARON COMEAU,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BRISTOL COMMUNITY COLLEGE,**<br><br>Defendant. | Case No. 1:23-cv-11149 |

## PLAINTIFFS' VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT, WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through their counsel, hereby voluntarily dismiss this action against Defendant, without prejudice.

DATED:  May 25, 2023

Respectfully submitted,

*/s/ Christina Xenides*
Christina Xenides
Mason A. Barney
Tyler J. Bean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: cxenides@sirillp.com
E: mbarney@sirillp.com
E: tbean@sirillp.com